William E. Quick, Respondent, v. Central New York Telephone and Telegraph Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Paul J. Wurst, Respondent, v. John Keisser, Appellant.— Judgment and order affirmed, with costs. All concurred; Kruse, J., not sitting.

Catherine Bannister, Respondent, v. The Michigan Mutual Life Insurance Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event. Held, that the action was barred by the limitation contained in the contract of insurance. All concurred, except Spring, J., who dissented.

Alfred Gage, an Infant, by Louis C. Gage, His Guardian ad Litem, Respondent, v. Warner-Quinlan Asphalt Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

Buffalo Loan, Trust and Safe Deposit Company, Respondent, v. Rosa Mingle, as Executor, etc., Appellant.— Judgment affirmed, with costs. All concurred.

The People of the State of New York ex rel. Union and Advertiser Company, Relator, v. Joseph Stallknecht, Jr., and Others, Composing the Democratic Members of the Board of Supervisors of the County of Monroe, and Willis K. Gillette, as Clerk of Said Board of Supervisors, Respondents.— Determination confirmed and writ of certiorari dismissed, with fifty dollars costs and disbursements against relator. All concurred, except McLennan, P. J., and Williams, J., who dissented.

Pauline M. Bacon, Respondent, v. Alvin E. Saeger, Appellant.— Judgment affirmed, with costs. All concurred; Robson, J., not sitting.

Charles Weiler, Respondent, v. Syracuse Rapid Transit Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented on the ground that the court committed error in refusing to charge as requested; that it was plaintiff's duty to look before crossing the tracks, and that plaintiff had no right to take doubtful chances as to whether or not he could cross in safety.

Michigan Buggy Company, Respondent, v. Camden Wagon and Sleigh Company, Appellant.— Order affirmed, with costs. Held, that while the evidence specified in the order was competent the order should be affirmed for other errors in the reception of evidence. All concurred, except Spring and Kruse, JJ., who dissented.

James J. Mahoney, Respondent, v. George Snyder Campbell and Chester T. Stewart, Appellants, Impleaded with Butler Grocery Company.— Judgment affirmed, with costs. All concurred.

Sarah Frank, Respondent, v. Marcus Joel, as Executor, etc., of Solomon Lederer, Deceased, Appellant.— Judgment affirmed, with costs. All concurred.